No. 10–501. TAYLOR ET AL. *v.* ACXIOM CORP. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–509. AVID IDENTIFICATION SYSTEMS, INC. *v.* CRYSTAL IMPORT CORP. ET AL. C. A. Fed. Cir. Motion of Allflex U. S. A., Inc., for leave to file a brief as *amicus curiae* under seal with redacted copies for the public record granted. Certiorari denied.

No. 10–546. ATLANTIC RICHFIELD CO. ET AL. *v.* SANTA CLARA COUNTY, CALIFORNIA, ET AL. Sup. Ct. Cal. Motion of Atlantic Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 10–550. FLORIDA *v.* ROSS. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 10–647. WYSOCKI *v.* INTERNATIONAL BUSINESS MACHINES CORP., DBA IBM, INC. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–679. BURDEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–5850. SAUNDERS *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–5955. SESSION *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–6133. SCHERY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7106. ZIED-CAMPBELL *v.* RICHMAN ET AL. C. A. 3d Cir. Certiorari before judgment denied.